In the Matter of the Claim of JAMES NEWTON, Respondent, against SPEAR & COMPANY, Appellant, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Respondent.

WORKMEN'S COMPENSATION BOARD, Respondent.

Argued February 19, 1947; decided April 10, 1947.

*Harry J. Stein* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Roy Wiedersum, Wendell P. Brown* and *Daniel Polansky* of counsel), for respondent.

Order affirmed, with costs to the Workmen's Compensation Board. We express no opinion as to constitutional validity of sections 110, 111 and 112 of the Labor Law. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.